IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford Illinois, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No: 15 C 50003 |
| Elite Seamless Gutters, | ) ) | |
| *Defendant*. | ) ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [38] from the magistrate judge that this court grant plaintiffs' motion for entry of default judgment [35] against defendant for failure to answer. The record shows that defendant was served on January 12, 2015. On March 19, 2015, the clerk entered default against defendant for failure to answer. In its motion seeking to reduce that entry of default to a judgment, plaintiffs seek $1,534.72 in damages (unpaid contributions, liquidated damages, and audit costs) and an additional $4,310 in attorneys' fees and costs, for a total of $5,844.72. The magistrate recommends granting the default judgment as to all amounts. As of this date, although defendant briefly appeared and responded to a show cause order from the magistrate, it has not filed an answer, otherwise pled, or objected to the magistrate judge's R&R. The court concludes that plaintiffs have adequately supported their request for damages and the attorneys' fees request is reasonable and appropriate. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiffs' motion for entry of default judgment [35]. Default judgment will enter against defendant in the amount of $5,844.72. This case is closed.

Date: 12/31/2015              ENTER:

                              _____
                              FREDERICK J. KAPALA
                              District Judge